COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       In re Atain Specialty Insurance Company

Appellate case number:    01-21-00237-CV

Trial court case number:  CV-0085834

Trial court:                      County Court at Law No. 2 of Galveston County

Relator Atain Specialty Insurance Company filed a petition for writ of mandamus challenging the trial court's order denying its plea to the jurisdiction. Relator also filed an emergency motion for temporary relief, seeking to stay the underlying proceedings pending resolution of its petition for writ of mandamus. We **grant** Relator's motion for temporary relief and stay all trial court proceedings in Cause No. CV-0085834 until further order from this Court.

The Court requests that Real Parties in Interest file a response to Relator's petition for writ of mandamus by June 7, 2021.

It is so ORDERED.

Judge's signature: /s/ Veronica Rivas-Molloy
                            Acting individually


Date:  May 18, 2021